AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

United States of America

      *Plaintiff*

v.        Civil Action No. 1:16-cv-03153-LRS

Stanley Quinton Wentz

      *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff is awarded judgment against Defendant Stanley Quinton Wentz in the amount of $281,454.35 ($246,534.72 principal and $34,919.63 interest accrued through December 22, 2015); and interest accruing hereafter at the daily rate of $19.0229, to the date of this Judgment; plus interest from the date of this Judgment at the prevailing legal rate until paid in full, for costs of suit, including the filing fee allowed pursuant to 28 U.S.C. 2412(a)(2), and in the future incurred.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Suko on a motion for Default Judgment.

Date: March 3, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*
Cheryl Cambensy